**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


UNITED STATES OF AMERICA,

       Plaintiff,

vs.                                CASE NO. 3:10cv327/RS-EMT

CONTENTS OF BANK AMERICA'S BANK
ACCOUNT NO. XXXX9489,

       Defendant.
_____/

## <u>ORDER</u>

The relief requested by Plaintiff's Second Motion For Extension Of Time

(Doc. 8) is **granted**.


      **ORDERED** on January 28, 2011.


           /S/ Richard Smoak_____
           **RICHARD SMOAK**
           **UNITED STATES DISTRICT JUDGE**