# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                               Civil No. 3:10cv327/RS-EMT

**CONTENTS OF BANK OF AMERICA'S**
**BANK ACCOUNT NO. xxxx9489,**

      **Defendant.**

_____/

## FINAL ORDER OF FORFEITURE

Before me is the United States' Motion For Issuance Of Final Order of Forfeiture (Doc. 11).

1. On August 30, 2010, the United States filed a Civil Complaint against Contents of Bank of America's Bank Account No. XXXX9489 containing United States Currency, and sought forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

2. On February 22, 2011, the United States published a Notice of Forfeiture on www.forfeiture.gov to give notice of the intent of the United States to cause forfeiture of the property in accordance with Title 21, United States Code, Section 881, and to notify all third parties of their right to petition the Court within sixty (60) days of the first day of publication to adjudicate the validity of their alleged legal interest in the real property.

3. The United States also served actual notice of this forfeiture action on Philip C. Hanley and Keith Munro Hanley.

4. No claims or petitions have been filed for the property described in the Complaint, and the time for filing petitions has now expired.

5. The facts set out in the affidavit filed by the United States demonstrate sufficient grounds for forfeiture.

**IT IS ORDERED:**

1. No person or entity has established any legal right, title, or interest in said currency.

2. The property subject to forfeiture by this Order is $9,378.59 in United States Currency.

3. All rights, title, and interests to all the described currency is hereby condemned, forfeited, and vested in the United States of America.

**ORDERED** on March 28, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**